UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEREMY LEE WATSON-BUISSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1871** |
| **CARLOS LOUQUE, ET AL.** | **SECTION: "A"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by James LeBlanc, Rec. Doc. 12, is **GRANTED** and that the claims against him are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion for judgment on the pleadings filed by Carlos Louque, Gary Bordelon, and Marlin Gusman, Rec. Doc. 20, is **GRANTED** and that the claims against them are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  12th  day of      September     , 2013.

_____
UNITED STATES DISTRICT JUDGE